THUAN M. PHAM.
REG. #32209-177
Federal Correctional Ins.
Gilmer
P.O. BOX 6000 Unit-A3
Glenville, W.V. 26351

RECEIVED
MAY 31 2016
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
For The Northen District Of Texas
Fort Worth Division
501 West Tenth St, Room 310
Forth Worth, TX 76102

Date. 5/22/2016

RE: United States v. Thuam M. Pham No; 4:05-CR-056-A

Dear Clerk Of Court;

    The Reason for this letter is to ask the Clerk of Court for Assistance in Appointing Mr.Matthew Wright from the Public Defender office of the Northen District of Texas. I have been in-contact with Mr. Wright for a while sence he is already famíler with my Case and is willing to accept my Case if it is Appointed to him. I would like to request with all do respect to the Clerk of Court if he can kindly Appoint Mr. Wright to assis in my Case.

I Thank u for ur Assistance in this matter.

*[signature]*

Thuan M, Pham Reg: #32209-177
F.C.I. Gilmer
P.O. Box 6000 Unit-A3
Glenville, W.V 26351

⇔32209-177⇔
Thuan Pham
32209177 P.O. BOX 6000
F.C.I. Gilmer
Glenville, WV 26351
United States

CHARLESTON WV 250

25 MAY 2016 PM 1 L





⇔32209-177⇔
Us District Court
Northern Distric OF Texas
501 W. 10Th Street Rm#310
Office OF THE Clerk
FORT Worth, TX 76102
United States

76102-975999